Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808
Email: tsmith8206@cableone.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 20-40042-JMM |
| | ) | |
| PAULA LYNNE ZIEGLER, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| R. SAM HOPKINS, Chapter 7 Trustee | ) | Adversary Case No. 20-08018-JMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 308-310 E DESHLER, LLC, an Ohio Limited Liability Company, and LAGUNITA HOLDINGS, LLC, a Nevada Limited Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS ADVERSARY PROCEEDING**

COMES NOW the Plaintiff, R. Sam Hopkins, Chapter 7 Trustee, by and through his attorneys, pursuant to Rule 7041, Federal Rules of Bankruptcy Procedure, and Rule 41(a)(1)(A), Federal Rules of Procedure, and requests that this proceeding be dismissed. This motion arises from the Order Dismissing Bankruptcy Case (Bankruptcy Document No. 113) entered on August

**MOTION TO DISMISS ADVERSARY PROCEEDING - 1**

18, 2020, in the underlying bankruptcy proceeding, Case No. 20-40042-JMM. Voluntary dismissal is also appropriate under Rule 7041, Federal Rules of Bankruptcy Procedure, and Rule 41(a)(1)(A), Federal Rules of Procedure, because no answer has been filed in this proceeding.

DATED August 20, 2020.

SPINNER, WOOD & SMITH

By: /s/_____
Thomas D. Smith

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 20, 2020, I served a true and correct copy of the foregoing document as follows:

| Alexandra O. Caval | [ ] U.S. Mail, postage prepaid |
| --- | --- |
| | [ ] Hand Delivery |
| alex@cavallawoffice.com | [x] Email |
| | [ ] Facsimile |

By: /s/_____
Thomas D. Smith

**MOTION TO DISMISS ADVERSARY PROCEEDING - 2**